IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-480-3 |
| v. | : | |
| | : | CIVIL ACTION |
| ADAM J. TORRES-OJEDA | : | NO. 09-3545 |

<u>ORDER</u>

AND NOW, this 29th day of September, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of the Government to dismiss the petition of Adam J. Torres-Ojeda under 28 U.S.C. § 2255 is GRANTED; and

(2)  the motion of the defendant, Adam J. Torres-Ojeda, to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    C.J.