IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 06-480-3 |
| | : |
| ADAM J. TORRES-OJEDA | : |
| USM# 60668-066 | : |

## ORDER

AND NOW this 12th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 120 months, effective November 1, 2015.

BY THE COURT:

/s/ Harvey Bartle III
THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

Copies to:
US Marshal (2)